# In the United States Court of Federal Claims

No. 20-954C
(Filed: September 29, 2020)

```
*****************************************
DAWANE ARTHUR MALLETT-EL,              *
                                       *
                   Plaintiff,          *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                   Defendant.          *
*****************************************
```

## ORDER

     On August 5, 2020, the court issued an order directing plaintiff, who is proceeding <u>pro se</u> and is incarcerated at USP Florence ADMAX, to either pay the $400.00 in required fees or submit a completed application to proceed <u>in forma pauperis</u> ("IFP"), a completed Prisoner Authorization form, and a trust fund account statement. The court cautioned plaintiff that failure to comply with the order by September 21, 2020, would result in the dismissal of his case for failure to prosecute under Rule 41 of Rules of the United States Court of Federal Claims ("RCFC"). As of the date of this order, plaintiff has not paid the filing fee or submitted an IFP application, Prisoner Authorization form, and trust fund account statement. Accordingly, the court **DISMISSES** plaintiff's complaint without prejudice pursuant to RCFC 41(b). The clerk shall enter judgment accordingly.

     **IT IS SO ORDERED.**

_____
MARGARET M. SWEENEY
Chief Judge